■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES LUCCHETTI, Appellant.— Appeal by defendant from a judgment of the County Court, Suffolk County, rendered January 24, 1969, convicting him of reckless endangerment in the second degree (Penal Law, § 120.20), upon a jury verdict, and imposing sentence. Judgment affirmed. In our opinion, section 120.20 of the Penal Law is not unconstitutionally vague and indefinite (cf. *People* v. *Eckert,* 2 N Y 2d 126). Reversal is not required because of the prosecutor's comments in summation, to which no objections were taken (cf. *People* v. *Lee,* 4 A D 2d 770, affd. 4 N Y 2d 843, cert. den. 358 U. S. 845; *People* v. *Tuzio,* 13 A D 2d 842, affd. 10 N Y 2d 1020). Defendant's other contentions have

been examined and we find them untenable. Beldock, P. J., Christ, Brennan, Rabin and Kleinfeld, JJ., concur.